IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BEVERLY FLORES, individually, and**            23-CV-762
As Representative of the Estate of VICTOR
IVAN BARRON, Decedent, and as Mother
And Next Friend of KLARISSA VALVERDE,
A minor and sibling of Decedent, EVELYNN
HERNADNEZ, a minor and sibling of Decedent,
JOSE A. BARRON, sibling of Decedent, SELENA
VILLA, sibling of Decedent,

      **Plaintiffs,**

v.

**CHAVEZ COUNTY SHERIFF'S OFFICE (CCSO),
MIKE HERRINGTON, DAVID WHITZEL,
SAMUEL LUERA, RICARDO DELGADO,
ANDRES SALAS, ISSAC NAVA, JOHN DOE 1,
Individually and in their official capacities,
AND
ROSWELL POLICE DEPARTMENT (RPD),
PHIL SMITH, ABREM ATENCIO, DANIEL
FLOTT, TREVIS REESE, MARK FUENTES,
TODD SHANGROD, CODY SCHWARTS, STEVEN
ROSSER, BRANDON SPEIGHTS, ADAM RHODES,
BRADLY M. BAILEY, CONNER WATKINS, ANNA
ROMERO, HUMBERTO LOYA, CRYSTAL
GONZALES, DERIK LITTLE, GUSTAVO GARCIA,
JOE A. SMITH, DA'ZA NIQUE KIDD, JAMES I.
AGUILAR, RICHARD R. ROMERO, CAMMIE AGUIRRE,
JOHN 2, individually and in their official capacities,**

      **Defendants.**

## NOTICE OF REMOVAL

Defendants Roswell Police Department, Phil Smith, Abrem Atencio, Daniel Flott, Trevis Reese, Mark Fuentes, Todd Shangrod, Cody Schwarts, Steven Rosser, Brandon Speights, Adam Rhodes, Bradly M. Bailey, Conner Watkins, Anna Romero, Humberto Lota, Crystal Gonzales,

Derik Little, Gustavo Garcia, Joe A. Smith, Da'Za Nique Kidd, James I. Aguilar, Richard R. Romero, and Cammie Aguirre ("Roswell PD Defendants") by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Robert A. Cabello) provide notice of removal of a civil action filed in the Fifth Judicial District Court for the State of New Mexico, Cause No. D-504-CV-2023-00283 and, in support of this removal, state as follows:

On April 17, 2023, Plaintiffs filed a civil action for damages against Defendants in the Fifth Judicial District Court for the State of New Mexico alleging Loss of Consortium, negligence, and loss of familial association. [Doc. 1-3, at pg. 6 ¶ 32, 33, 34, 37 pg. 7, ¶ 43. On July 20, 2023, Plaintiff's amended their claims in in their *Amended Complaint for Damages* ("First Amended Complaint") regarding the same incident in Chavez County. [Doc. 1-1]

Plaintiffs bring claims under 42 U.S.C. §1983 in the First Amended Complaint [Doc. 1-1, pg. 13, ¶71, 74] asserting violations of the Fourth and Fourteenth Amendments claiming excessive force and failure to intervene.

According to 28 U.S.C. section 1331, federal district courts have original jurisdiction of all civil actions arising under the United States Constitution. Under 28 U.S.C. Section 1441(a), a civil action brought in a state court over which a federal district court has original jurisdiction may be removed to the federal district court. Plaintiff's Complaint raises a federal question, asserting that the Defendants violated Plaintiff's Civil Rights under the United States Constitution. Therefore, the Court has original jurisdiction over the claims and removal is proper.

28 U.S.C. section 1367(a) provides that, generally, in a civil action where the federal district courts have original jurisdiction, they will also have supplemental jurisdiction over all other claims sufficiently related to the claims giving original jurisdiction that they constitute the same case or controversy. Under federal case law, a claim is part of the same case or controversy if it

derives from a common nucleus of operative fact. *Price v. Wolford*, 608 F.3d 698, 702-03 (10th Cir. 2010).

Pursuant to 28 U.S.C. section 1446(a) and the Local Rules for the United States District Court for the District of New Mexico, Defendant has attached copies of all the pleadings filed in the state action, which include the First Amended Complaint as Exhibit 1 [Doc. 1-1], the Notice to State District Court of Removal to Federal Court as Exhibit 2 [Doc. 1-2], copies of all pleadings filed in the state actions as Exhibit 3 [Doc. 1-3], the Fifth Judicial District Court Docket as Exhibit 4 [Doc. 1-4], and the Civil Cover Sheet as Exhibit 5 [1-5].

WHEREFORE, Roswell PD Defendants respectfully request that this matter be removed in its entirety from New Mexico's Fifth Judicial District Court to this Court for consideration.

Respectfully submitted,

MYNATT SPRINGER P.C.

*/s/ Blaine T. Mynatt*

_____
BLAINE T. MYNATT
New Mexico Bar No. 9471
ROBERT A. CABELLO
New Mexico Bar No. 28114
P.O. Box 2699
Las Cruces, NM 88004
(575)524-8812
btm@mynattspringer.com
rac@mynattspringer.com
*Attorney for Roswell PD Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of September 2023, a copy of the foregoing pleading was served on the following via First Class mail and electronic mail:

Beverly Flores
325 E. Ballard
Roswell, NM 88201
(505) 208-9210
Klivkaan@gmail.com
*Plaintiff*

_____
BLAINE T. MYNATT
ROBERT A. CABELLO